MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
COUNTY OF SAN BENITO

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYNOSO, | Case No. C06 07920 RMW RS |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |
| vs. | |
| COUNTY OF SAN BENITO and DOES 1 through 10, inclusive, | |
| Defendants. | |

On April 6, 2007, an Initial Case Management Conference was held in this case. At the Case Management Conference, both counsel indicated that additional parties may need to be brought into the action and the Court ordered limited discovery in that regard. The parties stipulated to Early Neutral Evaluation. The current ENE deadline is July 5, 2007.[1] Given the possibility that additional parties may be brought into the case, the parties agree that an extension of the ENE Deadline from July 5, 2007 to August 31, 2007 is appropriate.

**ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. The new deadline for completion of Early Neutral Evaluation is August 31, 2007.

---

1. At the Initial Case Management Conference there was some discussion about extending the ENE Deadline given the possibility of additional parties being brought into the case.

| | |
|---|---|
| Dated: April 16, 2007 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |

By: __//s//__
MICHAEL C. SERVERIAN
Attorneys for Defendant
COUNTY OF SAN BENITO

Dated: April 16, 2007                               POLARIS LAW GROUP, LLP

By: __//s//__
WILLIAM L. MARDER
Attorneys for Plaintiff

### **ORDER**

IT IS HEREBY ORDERED that the new deadline for completion of Early Neutral Evaluation is August 31, 2007.

Dated: __6/6__, 2007

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE