WILLIAM L. MARDER, ESQ. (CBN 170131)
**POLARIS LAW GROUP, LLP**
Attorneys At Law
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214

Attorneys for Plaintiff JOSE REYNOSO,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/2/07*

| | |
|---|---|
| JOSE REYNOSO,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: C06-07920 - RMW<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

(1)   Plaintiff may file a first amended complaint in this matter.

                                          Rankin, Landsness, Lahde, Serverian & Stock

Dated: June 18, 2007

                                          Micheal C. Serverian, Esq.
                                          Attorneys for Defendants

1

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**
C:\Bill\Reynoso\stip and order re first amended complaint.doc

POLARIS LAW GROUP LLP

Dated: June 15, 2007          /s/ William L. Marder
                              William L. Marder
                              Attorneys for Plaintiffs


[PROPOSED] **ORDER**

(1) Plaintiff may file a first amended complaint in this lawsuit.

Dated: 8/2/07                 *Ronald M. Whyte*
                              UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**
U:\will\Reynoso\stip and order re first amended complaint.doc