MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
DEPUTY JOHN PENA and
SERGEANT MIKE RODRIGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYNOSO,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BENITO and DOES 1 through 10, inclusive<br><br>             Defendants. | Case No. C06 07920 RMW RS<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   October 19, 2007<br>Time:   9:00 a.m.<br>Dept.:  The Hon. Ronald M. Whyte |

Defendants DEPUTY JOHN PENA and SERGEANT MIKE RODRIGUES, by and through their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1.  The Court's own file in this case, and specifically, all papers submitted in support of and in opposition to plaintiff's Motion for Attorney's Fees; and,

2.  The Court's own file in the case of *Jimenez v. Deputy Sheriff David Hackman*, Case No. C04-05083 PVT, specifically, plaintiff's Complaint for Damages, Plaintiff's Motion for Attorney's Fees, the Declaration of William Marder in support thereof, the Declarations of P. Michael Pekin and Jeff Stone in support thereof, the Declaration of Anthony Boskovich in Opposition for Attorney's Fees and Declaration of Stuart D. Kirchick in Support of Opposition to Plaintiff's Motion for Award of Reasonable Attorney's Fees and Costs.

3. The Court's own file in the case of *Daniel Bogglen v. County of San Benito*, Case No. C06-02490 RMW, specifically, Order Granting Motion for Summary Judgment.

4. The Court's own file in the case of *M.K. Ballistics v. William Simpson*, Case No. C07-00688 RMW, specifically, Order Granting in Part and Denying in Part Defendant's Motion to Dismiss.

5. The Court's own file in the case of *Roseanne McClean v. Matt Seck*, Cse No. C06-04395 JF HRL, specifically, Stipulation and [Proposed] Order for Voluntary Dismissal.

Dated: September 28, 2007         RANKIN, LANDSNESS, LAHDE,
                                  SERVERIAN & STOCK


                                  By:*/s/ Michael C. Serverian*
                                     MICHAEL C. SERVERIAN
                                     Attorneys for Defendants

---

Request for Judicial Notice